UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 15-09301 AB (KSx)                                          Date: November 22, 2016

Title   *Ms. Bubbles Inc. v. Rue21 Inc., et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: ORDER TO SHOW CAUSE RE: CONTEMPT FOR FAILURE TO COMPLY WITH COURT ORDER DATED OCTOBER 26, 2016.**

On October 26, 2016, after a hearing on Plaintiff's Motion for a Protective Order with Respect to the Deposition Notices of Kim Reynolds and Benjamin Gross (Dkt. No. 62), the Court found that Plaintiff's failure to provide the required portion of a Joint Stipulation as mandated by Local Rule 37-2.2 was without substantial justification and sanctioned Plaintiff for failure to comply with the local rule. (Dkt. No. 86.) Plaintiff was ordered to pay $1000 in connection with this action, within 10 days of the October 26, 2016 Order. (*Id*.) The deadline has since passed and no payment has been received by the Clerk of Court, to date. **Accordingly, the Court orders Plaintiff to show cause, within five court days of this Order, why the Court should not hold Plaintiff in contempt for failure to comply with a Court Order.**

To discharge the instant Order, Plaintiff must make the payment forthwith.

**IT IS SO ORDERED**.

**Initials of Preparer**